■ JOHNNY WATSON, Appellant, v SALVATORE PRIORE et al., Defendants, and STEVEN A. ABDOO et al., Respondents. (Appeal No. 2.) [961 NYS2d 354]—Appeal from a judgment of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered November 18, 2011. The judgment awarded costs and disbursements to defendants Steven A. Abdoo and Peter M. Bolos.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Same memorandum as in *Watson v Priore* (104 AD3d 1304 [2013]). Present—Scudder, P.J., Peradotto, Carni, Lindley and Whalen, JJ.